IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SANTIAGO RAUL GUACHUN CARDENAS, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-265-KC |
| WARDEN, ERO CAMP EAST MONTANA DETENTION FACILITY et al., | § § § § § | |
| Respondents. | § | |

## SHOW CAUSE ORDER & PREVENTING PETITIONER'S REMOVAL FROM THE COUNTRY & DISTRICT

On this day, the Court considered Santiago Raul Guachun Cardenas' Petition for a Writ of Habeas Corpus, ECF No. 1. Guachun Cardenas is held in immigration detention at the ERO El Paso Camp East Montana Detention Facility in El Paso, Texas. Pet. ¶¶ 1, 21. He argues that his detention is unlawful and asks the Court to order his release or a bond hearing. *Id.* ¶¶ 57–67; *id.* at 17. He also requests that Respondents be prevented from transferring him outside the Western District of Texas. *Id.* at 17.

Guachun Cardenas entered the United States in April 2024. *Id.* ¶¶ 16–17. He was briefly detained, placed in removal proceedings, and then released on his own recognizance. *Id.* ¶¶ 17–18. On January 12, 2026, Guachun Cardenas was arrested by immigration authorities while attending an Intensive Supervision Appearance Program check-in and re-detained. *Id.* ¶ 19. As alleged, his case appears materially indistinguishable from several others in which this Court has found a procedural due process violation. *See, e.g.*, *Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 674–688 (W.D. Tex. 2025). Of course, Respondents are nevertheless permitted to state their

position before a ruling. In doing so, Respondents are encouraged to avoid boilerplate arguments that this Court has already rejected. Absent new authority, they may assume that the Court's position on the law has not changed and explain whether the facts of Guachun Cardenas' case warrant a different outcome.

Accordingly, Respondents are **ORDERED** to **SHOW CAUSE** by **no later than February 10, 2026**, why the application for a writ of habeas corpus should not be granted. *See Lopez-Arevelo v. Ripa*, No. 3:25-cv-337-KC, 2025 WL 3254930, at *2 & n.1 (W.D. Tex. Aug. 26, 2025). The Court will set this matter for a hearing and order additional briefing deadlines, if necessary, upon review of the show cause response.

**IT IS FURTHER ORDERED**, under its inherent authority to preserve and assess its own jurisdiction, that Respondents **SHALL NOT** (1) remove or deport Guachun Cardenas from the United States, or (2) transfer Guachun Cardenas to any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed. *See Alves v. U.S. Dep't of Just.*, No. 3-25-cv-306-KC, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

**IT IS FURTHER ORDERED** that to the extent Respondents have not been served, the Clerk of the Court shall **SERVE** copies of the Petition and this Order upon Respondents through their counsel. *See* Habeas Rule 4 ("[T]he clerk must serve a copy of the petition and any order on the respondent[s] . . . .").

**SO ORDERED**.

**SIGNED** this 3rd day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE