IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SANTIAGO RAUL GUACHUN CARDENAS, § § § | |
| Petitioner, § § | |
| v. § | CAUSE NO. EP-26-CV-265-KC |
| § § | |
| WARDEN, ERO CAMP EAST MONTANA DETENTION FACILITY et al., § § § § | |
| Respondents. § § | |

## ORDER

On this day, the Court considered the case. On February 12, 2026, the Court granted in part Santiago Raul Guachun Cardenas' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 12, 2026, Order 6, ECF No. 5. Respondents were required to do so by February 19. *Id.*

Respondents have now filed a Notice and Motion for Reconsideration ("Motion"), ECF No. 6. They inform the Court that Guachun Cardenas "requested pre-conclusion, voluntary departure," and thus, "remains in ICE custody and no bond hearing was held." *Id.* ¶ 3. According to Respondents, on February 13, an IJ granted Guachun Cardenas pre-conclusion voluntary departure under safeguards, which is conditioned on him remaining in custody until he departs. *See id.* ¶ 5. "Therefore, while [Guachun Cardenas] sought relief from custody before this Court, [he] has subsequently agreed to custody as part of his relief from removal." *Id.*

Respondents thus request that the Court reconsider and vacate its February 12 Order. *Id.* ¶ 7. Respondents do not indicate Guachun Cardenas' position on the Motion or whether they conferred with his counsel. *See generally id.*

Accordingly, the Court **ORDERS** that Guachun Cardenas shall **FILE** a response or a notice of non-opposition to the Motion **by no later than February 27, 2026**.

**SO ORDERED**.

**SIGNED this 20th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE