**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SANTIAGO RAUL GUACHUN CARDENAS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-265-KC** |
| | § | |
| **WARDEN, ERO CAMP EAST MONTANA DETENTION FACILITY et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the Motion for Admission Pro Hac Vice ("Motion"), ECF No. 10, filed by Attorney Danielle Molliver. Ms. Molliver moves the Court to grant her admission to represent Petitioner Santiago Raul Guachun Cardenas pro hac vice.

Pursuant to this Court's January 6, 2014, Standing Order regarding Pro Hac Vice Fees, if an attorney not admitted to the bar of this Court who has previously appeared before this Court pro hac vice "wishes to practice in this Court in subsequent matters, then the full and complete admissions requirements as set forth in Local Court Rule AT-1 must be met."[1]

Ms. Molliver's Motion states that she has appeared pro hac vice before this Court in one prior case: 3:26-cv-201-DB. Mot. ¶ 5. Accordingly, to represent Petitioner in the case, Ms. Molliver must comply fully with the admissions requirements set forth in Local Court Rule AT-1.

It is therefore **ORDERED** that the Motion is **GRANTED** in part. Ms. Molliver shall

[1] The Court's Order re: Pro Hac Vice Fees may be found at https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/District/Order%20Regarding%20Pro%20Hac%20Vice%20Fees.pdf. Local Court Rule AT-1 may be found at https://www.txwd.uscourts.gov/court-information/lcr-attorney-rules/index.html.

apply for admission to practice before the United States District Court for the Western District of Texas **on or before March 27, 2026**, and diligently pursue such application until she is either admitted to practice before this Court or denied admission. Failure to apply and pursue admission will result in her removal from the case. In the interim, Ms. Molliver may represent Petitioner pro hac vice in the case until she is either admitted to practice before this Court, denied admission, or is removed for failure to comply with this Order.

**IT IS FURTHER ORDERED** that Ms. Molliver, if she has not already done so, shall immediately tender the amount of $100, made payable to Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

**SO ORDERED**.

**SIGNED this 27th day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE