IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SANTIAGO RAUL GUACHUN CARDENAS, | § § § |
| Petitioner, | § § |
| v. | § § CAUSE NO. EP-26-CV-265-KC |
| WARDEN, ERO CAMP EAST MONTANA DETENTION FACILITY et al., | § § § § § |
| Respondents. | § |

## FINAL JUDGMENT

On this day, the Court considered the case. On February 12, 2026, the Court granted in part Santiago Raul Guachun Cardenas' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 12, 2026, Order 6, ECF No. 5. Respondents were required to do so by February 19. *Id.*

Respondents sought reconsideration of that Order after an IJ granted Guachun Cardenas' request to voluntarily depart the United States. Mot. Reconsideration, ECF No. 6. Guachun Cardenas now informs the Court that he has been released from custody with an ankle monitor and returned to Minnesota with thirty days to depart the country. Resp., ECF No. 8.

Because Guachun Cardenas was released from custody following the Court's Order granting in part his Petition, it appears that the only remaining matter to be resolved in this case is Guachun Cardenas's request for an award of attorneys' fees under the Equal Access to Justice

2

Act ("EAJA").  *See* Pet. 17, ECF No. 1; *see generally* Feb. 12, 2026, Order; Resp.  However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.  To the extent Guachun Cardenas wishes to seek additional relief from the Court, he may file a motion to reopen.

**IT IS FURTHER ORDERED** that the Motion for Reconsideration, ECF No. 6, is **DENIED** as **MOOT**.

**SO ORDERED**.

**SIGNED** this 27th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2